UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BARRY WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-cv-00011-JAW |
| | ) | |
| ANDROSCOGGIN COUNTY JAIL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed February 8, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED for plaintiff's lack of prosecution.

SO ORDERED.

      /s/ John A. Woodcock, Jr.
      JOHN A. WOODCOCK, JR.
      CHIEF UNITED STATES DISTRICT JUDGE

Dated this 2nd day of March, 2011